IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENISE JACKSON** | : | CASE NO. 1:18-CV-00450-MRB |
| | : | |
| **Plaintiff** | : | Judge Michael R. Barrett |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| **WAL-MART, INC., et al** | : | |
| | : | **FEDERAL CIVIL RULE 41** |
| **Defendants** | : | **DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure Rule 41, Plaintiff, Denise Jackson, hereby enters this stipulation of dismissal with prejudice signed by all the parties who have appeared. Costs to the Plaintiff.

_/s/ James A. Whitaker_
James A. Whitaker (#0000992)
226 Reading Road
Mason, Ohio 45040
Phone: (513) 398-1910
Facsimile: (513) 398-0181
jim@whitakerattorneys.com
Attorney for Plaintiff

_/s/ Hayley Geiler_
Hayley Geiler (#0097072)
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Facsimile: (513) 977-8141
haley.geiler@dinsmore.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the following: James A. Whittaker, 226 Reading Road, Mason, Ohio 45040; jim@whitakerattorneys.com.

                                                      */s/ Hayley L. Geiler*